IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE# 4:23CR35 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Leon Brown | ) | |

## ORDER GRANTING LEAVE OF ABSENCE

Counsel, JACK MORRIS DOWNIE, having filed his Motion for Leave of Absence and having served all parties:

IT IS HEREBY ORDERED that said Motion for Leave of Absence for the following dates in the year 2023:

May 5, 9, 16, & 22-26, June 13, 14-16, & 20, July 11 & 18, August 08 & 15, September 9-17, & 19, October 10 & 17, November 14 & 21, and December 12, is **GRANTED.**

Signed this 28th day of April 2023.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia